# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DBEST PRODUCTS, INC.

PLAINTIFF(S)

v.

YUHUANHONGSHENGMAOYIYOUXIANGGONGSI

DEFENDANT(S).

CASE NUMBER:

2:25−cv−04592−JFW−SK

**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 5/29/2025 | 11 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The case number and/or judge(s) initials are incorrect.

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: May 29, 2025

By: /s/ *Charlene L Kelly*
  *Charlene_Kelly@cacd.uscourts.gov*
Deputy Clerk

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –